JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BRATTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-05439-MWF-RAO<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

### ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 4, 2019

By:_____
　　Michael W. Fitzgerald
　　United States District Judge

- 1 -

PROPOSED ORDER